IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL CARDENAS-FLORES (1),<br><br>Defendant. | §<br>§<br>§<br>§<br>§ Criminal Action No. 2:19-CR-00166-Z-BR<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On December 13, 2019, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Angel Cardenas-Flores filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Angel Cardenas-Flores was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Angel Cardenas-Flores; and ADJUDGES Defendant Angel Cardenas-Flores guilty of Count One, a violation of 8 U.S.C. §§ 1326(a) and (b)(1), and 6 U.S.C. §§ 202(3), 202(4), and 557. Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, December 30, 2019.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE